U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAR 31  PM 1:35

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JOHN PENA BAEZ, a.k.a. "JP," )<br>Defendant. ) | Criminal No. 2:22-cr-34-1 |

# INDICTMENT

The Grand Jury charges:

## Count One

On or about February 22, 2022, in the District of Vermont, defendant JOHN PENA BAEZ, a.k.a. "JP," knowingly and intentionally distributed heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

1

## Count Two

On or about March 15, 2022, in the District of Vermont, defendant JOHN PENA BAEZ, a.k.a. "JP," knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

Count Three

On or about March 23, 2022, in the District of Vermont, defendant JOHN PENA BAEZ, a.k.a. "JP," knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

A TRUE BILL

FOREPERSON

NIKOLAS P. KEREST (JJB)
United States Attorney
Burlington, Vermont
March 31, 2022