U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2022 AUG 11  PM 1: 10

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. )                Criminal No. 2:22-cr-34
)
JOHN PENA BAEZ, a.k.a. "JP," )
Defendant. )

SUPERSEDING INDICTMENT

The Grand Jury charges:

Count One

On or about February 22, 2022, in the District of Vermont, defendant JOHN PENA

BAEZ, a.k.a. "JP," knowingly and intentionally distributed heroin, a Schedule I controlled

substance, and fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

1

## Count Two

On or about March 15, 2022, in the District of Vermont, defendant JOHN PENA BAEZ,

a.k.a. "JP," knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

## Count Three

On or about March 23, 2022, in the District of Vermont, defendant JOHN PENA BAEZ,

a.k.a. "JP," knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

<u>Count Four</u>

On or about April 6, 2022, in the District of Vermont, defendant JOHN PENA BAEZ,

a.k.a. "JP," knowingly and intentionally possessed with the intent to distribute cocaine base, a

Schedule II controlled substance.


(21 U.S.C. §§ 841(a), 841(b)(1)(C))

Count Five

On or about April 6, 2022, in the District of Vermont, the defendant JOHN PENA BAEZ, a.k.a. "JP," knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine base, as charged in Count Four.

(18 U.S.C. § 924(c)(1)(A))

A TRUE BILL

FOREPERSON

NIKOLAS P. KEREST (JJB)
United States Attorney
Burlington, Vermont
August 11, 2022